**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BRODERICK, JOHN MICHAEL        §   Case No. 04-40755-RG
                                      §
                                      §
Debtor(s)                             §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　Northern District of Illinois
　　219 S. Dearborn
　　Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 11/18/2010,  in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  09/18/2010          By:  JOSEPH R. VOILAND
                                                                                                       Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BRODERICK, JOHN MICHAEL | § | Case No. 04-40755-RG |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $         10,909.95 |
| *and approved disbursements of* | $                 0.00 |
| *leaving a balance on hand of* [1] | $         10,909.95 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                                              *Proposed Payment*
               N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $   1,841.00 | $   767.17 |
| Attorney for trustee | JOSEPH R. VOILAND | $   5,775.00 | $   435.73 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $   450.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                            *Fees*                            *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 235,749.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | American Family Financial | $ 914.98 | $ 6.37 |
| 2 | Clipper Magazine Inc. | $ 7,223.50 | $ 50.28 |
| 3 | American Green Inc | $ 23,758.00 | $ 165.38 |
| 4 | Labor Network, Inc | $ 36,190.00 | $ 251.92 |
| 5 | Department of the Treasury-Internal Revenue Service | $ 34,553.59 | $ 240.53 |
| 6 | Hinsbrook Bank & Trust | $ 21,587.13 | $ 150.27 |
| 7 | Tecza & Sons | $ 3,772.24 | $ 26.26 |
| 8 | Fifth Third Bank | $ 83,087.17 | $ 578.36 |
| 9 | Kate McCraken | $ 24,662.90 | $ 171.68 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 4,720.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | eCAST Settlement Corporation assignee of | $ 4,720.68 | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5P | Department of the Treasury- Internal Revenue Service | $47.31 | $47.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 235,749.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Family Financial | $ 914.98 | $ 6.37 |
| 2 | Clipper Magazine Inc. | $ 7,223.50 | $ 50.28 |
| 3 | American Green Inc | $ 23,758.00 | $ 165.38 |
| 4 | Labor Network, Inc | $ 36,190.00 | $ 251.92 |
| 5 | Department of the Treasury-Internal Revenue Service | $ 34,553.59 | $ 240.53 |
| 6 | Hinsbrook Bank & Trust | $ 21,587.13 | $ 150.27 |
| 7 | Tecza & Sons | $ 3,772.24 | $ 26.26 |
| 8 | Fifth Third Bank | $ 83,087.17 | $ 578.36 * |
| 9 | Kate McCraken | $ 24,662.90 | $ 171.68 |

*This claim was reclassified by creditor from a secured claim to an unsecured claim.

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 4,720.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | eCAST Settlement Corporation assignee of | $ 4,720.68 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 2                   Date Rcvd: Oct 20, 2010
Case: 04-40755                 Form ID: pdf006             Total Noticed: 61

The following entities were noticed by first class mail on Oct 22, 2010.
db           +John Michael Broderick,    1 N 292 Brundige Rd.,    Elburn, IL 60119-9414
aty          +Charles J Myler,   Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
aty          +Roy Safanda,   Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr           +Joseph Voiland,   Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
8647910      +ADT Security Services,   C/O Valentine & Kerbatas Inc.,    P.O. Box 325,    Lawrence, MA 01842-0625
8647914       AT&T,   PO Box 9001309,   Louisville, KY 40290-1309
8647912       American Express Business Finance,    P.O. Box 53779,   Phoenix, AZ 85072-3779
8647913      +American Family Financial,    6000 American Parkway,    Madison, WI 53783-0002
8824023      +American Green Inc,   Donald C Stinespring & Associates,    PO Box 382,    Richmond, IL 60071-0382
8647916       Bank One,    Dept. 0555,    P.O. Box 710555,    Columbus, OH 43271-0555
8647917       Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
8647919       Charter One Bank,    P.O. Box 89428,    Cleveland, OH 44101-6428
8647920       Cingular Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
8647921      +Clipper Magazine Inc.,    3708 Hempland Rd.,    P.O. Box 610,    Mountville, PA 17554-0610
8647922       CrossCheck Inc.,    P.O. Box 6008,    Petaluma, CA 94955-6008
8647923       Daily Herald,    P.O. Box 280,    Arlington Heights, IL 60006-0280
8647924      +Donald C. Stinespring & Associates,    5414 Hill Road,    P.O. Box 382,    Richmond, IL 60071-0382
8647925       Dunteman Turf Farms,    46W340,    P.O. Box 91,    Kaneville, IL 60144-0091
8647926      +Ehlers Lawn & Recreation,    559 S. Main St.,    P.O. Box 8036,    Elburn, IL 60119-8036
8647927      +Fifth Third Bank,    211 South Wheaton Ave Ste 200,    Wheaton, IL 60187-5251
8647928      +GMAC,    PO Box 9001952,    Louisville, KY 40290-1952
8647929      +Ground Effects,    1801 S. Bridge St.,    Yorkville, IL 60560-9669
8647930       Harris Bank,    C/O Credit Managment Services,    P.O. Box 931,    Brookfield, WI 53008-0931
8971028      +Hinsbrook Bank & Trust,    Elizabeth A Bates,    Huck Bouma PC,    1755 S Naperville Road Ste 200,
               Wheaton, IL 60189-5844
8647935     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8647932       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
8647933      +Illinois Dept. Employment Security,    33 South State St.,    10th Floor,    Chicago, IL 60603-2803
8647934      +Indiana Insurance,    P.O. Box 2050,    Keene, NH 03431-7050
8647936      +J.C. Christensen & Associates,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
8647937      +Kaknes Lanscape Supply, Inc.,    31 W. 545 Diehl Rd.,    Naperville, IL 60563-1077
8647938       Kane County Chronicle,    C/O Solomon & Leadley,    320 East Indian Trail,    Aurora, IL 60505-1760
8647939      +Kate McCraken,    1755 S. Naperville Road, Ste. 200,    Wheaton, IL 60189-5844
8647940      +Labor Network,    110 S. Neltnor Ave. Ste. 8,    West Chicago, IL 60185-2879
8825947      +Labor Network, Inc,    C/O Roeser & Vucha LLC,    920 Davis Road,    Elgin , IL 60123-1390
8647941      +Lurvey Landscape Center,    2550 E. Dempster St.,    Des Plaines, IL 60016-5303
8647942      +Mann Bracken LLC,    One Paces West Ste. 1400,    2727 Paces Ferry Rd.,    Atlanta, GA 30339-4053
8647943       McCann Inc.,    38951 Eagle Way,    Chicago, IL 60678-1389
8647944      +Mulherin, Rehfeldt, & Varchetto P.C,    211 South Wheaton Ave. Ste. 200,    Wheaton, IL 60187-5251
8647945      +NCO Financial Systems Inc.,    Dept. 750,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
8647946      +New Holland Credit,    P.O. Box 3600,    Lancaster, PA 17604-3600
8647947      +Nickolaou, Michaels, & Evans LTD,    7503 W. 56th St.,    Summit, IL 60501-1331
8647949       Oxford Management Services,    CS 9018,    Melville, NY 11747
8647950       Pro Consulting Services,    P.O. Box 66510,    Houston, TX 77266-6510
8647951      +Receivable Recovery Systems Inc.,    P.O. Box 55,    Batavia, IL 60510-0055
8647952      +Richard Seierstad ESQ.,    225 N. Benton Dr. Ste. 205,    Sauk Rapids, MN 56379-1570
8647953      +Robert & Rosemary Maechtle,    C/O Charles A. Radovich,    312 West State Street,
               Geneva, IL 60134-2164
8647954      +Roeser & Vucha LLC,    920 Davis Road,    Elgin, IL 60123-1390
8647955       Society Insurance,    150 Camelot Dr.,    P.O. Box 1029,    Fond Du Lac, WI 54936-1029
8647956      +Southwest Credit Systems,    5910 W. Plano Parkway,    Ste. 100,    Plano, TX 75093-2202
8647957      +Tecza & Sons,    C/O Leo M. Flanagan, Jr.,    85 Market Street,    Elgin, IL 60123-5083
8647958       Tecza & Sons Nursery,    1770 McDonald Rd,    Elgin, IL 60123
8647959      +Teller, Levit & Silvertrust,    11 East Adams St.,    Chicago, IL 60603-6369
8647960      +Unilock Chicago Inc.,    301 East Sullivan Rd.,    Aurora, IL 60505-9762
9338079       Value City Dept Store,    Retail Services,    Po Box 17298,    Baltimore, MD 21297-1298
8647961      +Wilson Nurseries,    43W967 State Route 72,    Hampshire, IL 60140-9148
8647962      +Windham Professionsl Inc.,    382 Main St.,    Salem, NH 03079-2412
10827727      eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Oct 20, 2010.
8647911       E-mail/PDF: recoverybankruptcy@afninet.com Oct 21 2010 03:19:02     Afni, Inc.,    404 Brock Dr.,
               PO Box 3427,    Bloomington, IL 61702-3427
8647931      +E-mail/Text: bkynotice@harvardcollect.com
               Harvard Collection Services, Inc.,    4839 Elston Avenue,    Chicago, IL 60630-2589
9338080       E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24     Walmart,    PO Box 103055,
               Roswell, GA 30076-9045
9338081       E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24     Walmart M/C,    PO Box 103055,
               Roswell, GA 30076-9045
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Joseph R Volland
```

```
District/off: 0752-1          User: csimmons              Page 2 of 2                Date Rcvd: Oct 20, 2010
Case: 04-40755                Form ID: pdf006             Total Noticed: 61

 8647915      ##+Atlas Bobcat,    31 W. 019 North Ave.,    West Chicago, IL 60185-1060
 8647918      ##+BFHC Inc.,   C/O Ross Beller,    47 Laurelhurst Circle,    The Woodlands, TX 77382-1520
 8647948       ##OSI Collection Services, Inc.,    P.O. Box 931,    Brookfield, WI 53008-0931
                                                                                               TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**                             **Signature:**   _Joseph Speetjens_